

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTH CAROLINA DEPARTMENT<br>OF JUVENILE JUSTICE<br><br>    Defendant. | Civil Action No. 3:22-cv-01221-MGL |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Plaintiff the United States of America and Defendant the South Carolina Department of Juvenile Justice filed a joint motion to dismiss this case in light of the settlement agreement ("Agreement") that resolves the Complaint filed by the United States pursuant to the pattern or practice provision of the Violent Crime Control and Law Enforcement Act of 1994, 34 U.S.C. § 12601. It is hereby ORDERED that:

1. The Agreement satisfies the requirements of the Prison Litigation Reform Act, 18 U.S.C. § 3626(a).

2. The joint motion to dismiss is granted, and this matter is DISMISSED WITHOUT PREJUDICE, subject to retention of jurisdiction and reinstatement upon the United States' motion

for the purpose of resolving any claim that the South Carolina Department of Juvenile Justice materially breached any provision of the Agreement, pursuant to Paragraph 127 of the Agreement.

                                                        s/Mary Geiger Lewis
                                                       MARY GEIGER LEWIS
                                                       UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 20, 2022